# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON TRUST CO., N.A., AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST,** **PLAINTIFF,** | §<br>§<br>§<br>§<br>§<br>§ | |
| **V.** | §<br>§ | **CASE NO. 3:18-CV-1606-M-BK** |
| **RUBY JEWELL DABNEY & SHEBRENA ANN DABNEY,** **DEFENDANTS.** | §<br>§<br>§ | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 36, is **DENIED WITHOUT PREJUDICE.** The Clerk of the Court is **DIRECTED** to set aside its entry of default, Doc. 25.

**SO ORDERED** this 13th day of May, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE