**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON TRUST COMPANY, N.A., ET AL,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 3:18-CV-1606-B-BK** |
| **RUBY JEWELL DABNEY, ET AL,** | § | |
| | § | |
| **DEFENDANT.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's *Motion for Attorneys Fees and Costs*, Doc. 126, is **GRANTED**.

**SO ORDERED** this 16th day of November, 2026.

Jane J. Boyle
Senior United States District Judge